UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| ARMANI DOSHI<br>　　　Plaintiff,<br><br>v.<br><br>BOSTON ANIMAL CARE AND CONTROL DEPARTMENT[1], 1010 MASSACHUSETTS AVENUE, 4TH FLOOR, BOSTON, MA 02118 OFFICER PATTI (BADGE #113), VERIS RESIDENTIAL, and MASSACHUSETTS STATE POLICE LOGAN AIRPORT BARRACKS (TROOP F)<br>　　　Defendants. | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Officer Patti (Badge # 113) ("Defendant") files this notice of removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. In support of this notice of removal, the Defendant state as follows:

**CASE BACKGROUND AND GROUNDS FOR REMOVAL**

1.　On September 17, 2024, Plaintiff commenced a civil action in the Suffolk Superior Court against the Defendants, styled <u>Armani Doshi v. Boston Animal Care and Control Department, 1010 Massachusetts Avenue, 4th Floor, Boston, MA 02118 and Officer Patti</u>

---

[1] Boston Animal Care and Control is not a separate legal entity, but rather a department within the City of Boston. See <u>Murphy v. Town of Natick</u>, 516 F. Supp. 2d 153, 158 (D. Mass. 2007) ("Under both Massachusetts and federal law, a suit against a municipal … department … is deemed to be a suit against the municipality itself."); <u>Curran v. City of Boston</u>, 777 F. Supp. 116, 119 (D. Mass. 1991).

1

(Badge #113). Plaintiff's complaint asserted five counts against the City of Boston and Officer Patti (Badge # 113), attached hereto as **Exhibit 1**.

2.  On September 25, 2024, Plaintiff filed a first amended complaint adding two additional defendants. The case is now styled <u>Armani Doshi v. Boston Animal Care and Control Department, 1010 Massachusetts Avenue, 4th Floor, Boston, MA 02118 and Officer Patti (Badge #113), Veris Residential Inc., and Massachusetts State Police Logan Airport Barracks (Troop F)</u>. Plaintiff's first amended complaint asserts five (5) counts against Officer Patti (Badge # 113), attached hereto as **Exhibit 2**.

3.  Count 1 of Plaintiff's first amended complaint asserts federal claims against Officer Patti (Badge #113) under 42 U.S.C. 1983 for violations of his Fourteenth Amendment right to due process and equal protection.

4.  Plaintiff also asserts claims of negligent emotional distress, breach of duties under animal control law, and coercion, duress, and unjust enrichment.

5.  As required by 28 U.S.C. §1446(a), attached hereto as **Exhibits 1 and 2** are copies of all process and pleadings hand-delivered to Boston Animal Care and Control in the State Court Action. This Notice of Removal is timely. This Notice of Removal was filed prior to the expiration of 30 days from the date of service. <u>See</u> 28 U.S.C. §1446(b)(1); <u>Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.</u>, 526 U.S. 344 (1999).

6.  This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under Chapter 42 of the United States Code.

7.  Venue in proper in this Court pursuant to 28 U.S.C.A. §1441(a) because the State Court Action is pending in Massachusetts.

8.	The first amended complaint added additional defendants, but at this time the only defendants that are known to have received notice of this lawsuit are the City of Boston and Officer Patti (Badge #113). Therefore, all defendants who are known to have been served, have consented, as required by 28 U.S.C. 1446(b)(2)(A), to the removal of this action to the United States District Court for the District of Massachusetts.

9.	This Notice of Removal has been served on Plaintiff. A Notice of Filing of Notice of Removal (attached as **Exhibit 3**) will be filed in the Suffolk Superior Court upon filing of this Notice of Removal.

**WHEREFORE**, the Defendants hereby remove the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and request that further proceedings be conducted in this Court as provided by law.

Date: October 7, 2024	Respectfully submitted,

**OFFICER PATTI (BADGE # 113)**

By her attorney:

Adam N. Cederbaum
Corporation Counsel

*/s/ Bridget I. Davidson*
Bridget I. Davidson (BBO#710244)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-3238
bridget.davidson@boston.gov

## **CERTIFICATE OF SERVICE**

      I, Bridget I. Davidson, hereby certify that on October 7, 2024, a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, as well as by first-class mail to Plaintiff, Armani Doshi at 50 Lewis Street, Apt. 508, East Boston, MA 02128.

                                                          */s/ Bridget I. Davidson*
                                                          Bridget I. Davidson